**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  MICHAEL J. ANDERSON  
205 RAINBOW DRIVE  
CAPRON, IL  61012

Case Number: 06-71285

SSN-xxx-xx-4543

Case filed on: 7/25/2006  
Plan Confirmed on: 12/8/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $5,214.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| 003 | REGIONS MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHAEL J. ANDERSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | KIRKLAND INVESTORS, LLC | 16,018.61 | 0.00 | 0.00 | 0.00 |
| 002 | REGIONS MORTGAGE INC | 10,932.53 | 927.15 | 927.15 | 0.00 |
|  | Total Secured | 26,951.14 | 927.15 | 927.15 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 1,470.20 | 1,470.20 | 143.71 | 0.00 |
| 005 | DISCOVER FINANCIAL SERVICES | 5,543.90 | 5,543.90 | 541.90 | 0.00 |
| 006 | ROUNDUP FUNDING LLC | 2,703.05 | 2,703.05 | 264.22 | 0.00 |
| 007 | WELLS FARGO FINANCIAL BANK | 234.79 | 234.79 | 22.94 | 0.00 |
|  | Total Unsecured | 9,951.94 | 9,951.94 | 972.77 | 0.00 |
|  | Grand Total: | 39,903.08 | 13,879.09 | 4,899.92 | 0.00 |

Total Paid Claimant:     $4,899.92  
Trustee Allowance:       $314.08  
Percent Paid Unsecured:  9.77

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008          By  /s/Heather M. Fagan